IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| PETER AYLING, JR., ALI KRAMER, ) <br> ) <br> Plaintiffs, ) <br> v.                                                   ) <br> ) <br> MEMORIAL MEDICAL CENTER,      ) <br> ) <br> Defendant.                                ) | No.    3:19-cv-3091-KLM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiffs, PETER AYLING, JR., and ALI KRAMER, by their attorneys, Hughes Socol Piers Resnick & Dym, Ltd., and Defendant, MEMORIAL MEDICAL CENTER, its attorneys Sorling Northrup, who herein jointly stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that the above-captioned matter is DISMISSED WITH PREJUDICE with each party hereto to bear their or its own incurred costs of prosecution of these proceedings.

| PETER AYLING, JR., and ALI KRAMER, Plaintiffs | MEMORIAL MEDICAL CENTER, Defendant |
|---|---|
| By: /s/Jennifer M. Sender <br> Jennifer M. Sender, Bar #6207774 <br> Hughes Socol Piers Resnick & Dym, Ltd. <br> 70 West Madison Street, Suite 4000 <br> Chicago, IL  60602 <br> Telephone:  312-604-2778 <br> E-Mail: jsender@hsplegal.com | By:  s/ John A. Kauerauf (with consent) <br> John A. Kauerauf, Bar #6193413 <br> Sorling Northrup <br> 1 N. Old State Capitol Plaza, Suite 200 <br> P.O. Box 5131 <br> Springfield, IL  62705 <br> Telephone: 217-544 1144 <br> Fax: 217-522-3173 <br> E Mail: jakauerauf@sorlinglaw.com |

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that on April _____, 2024, she served a true and correct copy of the Stipulation of Dismissal with Prejudice by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of all parties who have registered to receive notices electronically.

                                                                                s/ Jennifer M. Sender